IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JON R. STRAIN,<br><br>                    Plaintiff,<br><br>      v.<br><br>ALCAN CABLE/ALCAN PRODUCTS CORP.,<br><br>                    Defendant. | 10-cv-06264-TC<br><br>JUDGMENT |

This matter is dismissed with prejudice.

DATED this 6th day of December 2010.

                                              Mary L. Moran, Clerk of Court

                                              by: s/ Paul Bruch
                                                    Paul Bruch, Deputy Clerk